affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

In the Matter of the Appointment of a Committee of the Estate of KATIE HALKIRT, an Alleged Incompetent Person.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

AMALGAMATED TIRE STORES CORPORATION, Appellant, v. WILLIAMS TIRE Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

LANGLEY SLEVIN COMPANY, Appellant, v. CHARLES MEADS & Co., Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

EXPORT & IMPORT FILM Co., INC., Appellant, v. B. P. SCHULBERG PRODUCTIONS, INC., Formerly Known as B. P. SCHULBERG-PREFERRED, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

PERCIVAL WILDS, as Trustee, etc., Respondent, v. LEBANON NATIONAL BANK, a Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

SUCESORES DE GAS Y COMPANIA, S. A., Respondent, v. " ROBERT " STEINACHER, First Name Being Fictitious, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

BELMONT HUGHES REALTY CORPORATION, Appellant, v. STEPHEN H. JACKSON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

BENJAMIN BENGUIAT and Another, Individually, etc., v. " TILLIE " BLACKALLER, First Name Being Fictitious, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

LAURA M. FOSTER and Another, as Executors, etc., of ROGER FOSTER, Deceased, v. J. B. WOOD-DEMORN CORPORATION and Others, Impleaded with WALLMAN REALTY CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

SENATOR TRADING CORPORATION v. EDWARD J. BURNS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

ANNIE WEINGARTEN v. STERLING FIRE INSURANCE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on or before January 11, 1927. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

ANNIE WEINGARTEN v. STERLING FIRE INSURANCE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on or before January 11, 1927. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

ANNIE WEINGARTEN v. HARTFORD FIRE INSURANCE COMPANY OF HARTFORD,